UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAHARON Q. BARNES,

                            Plaintiff,

            -against-

OFFICER SMITH UNKNOWN BADGE #,

                            Defendant.

25-CV-9249 (LTS)

ORDER DIRECTING
UPDATED ADDRESS

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff proceeds in this matter *pro se.* By order dated April 21, 2026, the Court granted Plaintiff leave to proceed *in forma pauperis* ("IFP"). The Court mailed that order to Plaintiff that same day. On May 18, 2026, it was returned as undeliverable. Plaintiff has not updated his address with the Court.

Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented. The paper must state the signer's address, email address, and telephone number." Fed. R. Civ. P. 11(a). Moreover, a standing order in this district provides that "[i]t is a party's obligation to provide an address for service . . . ." *In Re: Cases Filed By Pro Se Plaintiffs*, *This Matter Relates To: Duty of Self-Represented Parties to Keep Address Information Current*, No. 24-MC-127 (LTS) (S.D.N.Y. Mar. 18, 2024) ("Standing Order"); *see also Electronic Case Filing Rules*, Rule 8.2 ("Electronically filed documents must include a signature block and must set forth the name, address, telephone number and e-mail address all in compliance with the Federal Rules of Civil Procedure and Local Civil Rule 11.1.").

Plaintiff is directed, within 30 days of the date of this order, to provide an updated address to the court in writing. If Plaintiff complies with this order, the case shall be processed in

accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order

within the time allowed, the action will be dismissed without prejudice.

## CONCLUSION

Plaintiff is directed, within 30 days of the date of this order, to update the court, in

writing, with his new address. If Plaintiff complies with this order, the case shall be processed in

accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order

within the time allowed, by failing to provide the court with an updated address, the action will

be dismissed without prejudice.

Plaintiff may also consent to receive court documents by email by completing a Consent

to Electronic Service form.[1]

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates

good faith when seeking review of a nonfrivolous issue).

This order will be viewable on the public docket.

SO ORDERED.

Dated:    June 12, 2026
          New York, New York

                                                    /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                 Chief United States District Judge

---

[1] If Plaintiff consents to receive documents by email, Plaintiff will not receive court documents by regular mail.

2